IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00497-GCM

| | |
|---|---|
| THE MANVILLE TRUST MATCHING CLAIMANTS,<br><br>Plaintiff,<br><br>v.<br><br>DBMP, LLC<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Elizabeth Runyan Geise (Doc. No. 2).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Geise is admitted to appear before this court *pro hac vice* on behalf of Defendant DBMP, LLC.

**IT IS SO ORDERED**.

Signed: October 3, 2022

Graham C. Mullen
United States District Judge