IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00497-GCM

THE MANVILLE TRUST
MATCHING CLAIMANTS,

    Plaintiff,

v.

DBMP, LLC

    Defendant.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Valerie Ellen Ross (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Ross is admitted to appear before this court *pro hac vice* on behalf of Defendant DBMP, LLC.

**IT IS SO ORDERED**.

Signed: October 3, 2022

Graham C. Mullen
United States District Judge